**Date:** 07 / 27 / 2020

**Sender:**  Clevon Turner Jr.
c/o PO Box 60519
WORCESTER, MA [01605]

**Recipient:** ATTN: CERTIFICATE OF SERVICE
United States Federal Worcester District Court
595 Main St, Worcester, MA 01608

**RE:** Notice of Right to Sue for punitive and compensatory damages pursuant to 42 USC 1983 & 1985 violation of the 4th, 5th, 6th, 7th, 8th, 9th, 11th, 13th, and amendment, by armed contractors and bar judge and prosecutor impersonator. For kidnapping, extortion, theft of property, false imprisonment, unlawful search and seizure, unlawful arrest, loss of wages, threatening, harassing, and stalking.

## CLAIM AND JURY DEMAND ON ALL COUNTS

(Plaintiff incorporates by reference the attached exhibits with the same force and effect as if herein set forth)

## INTRODUCTION

This action arises out of Defendants' conspiracy to commit fraud upon Clevon Turner, Jr. ["Clevon"] in order to deprive him of his freedom and liberties. The causes of action brought are (1) violation of 42 U.S.C. sec. 1983 (due process and equal protection clauses), (2) violation of 42 U.S.C. sec. 1985(3) (conspiracy), (3) fraud by omission and nondisclosure, (4) common law conspiracy, (5) negligent infliction of emotional distress, and (6) intentional infliction of emotional distress.

## JURISDICTION

1. Jurisdiction of this court arises under 28 U.S.C. secs. 1331, 1337, 1343(a), and 1367(a); 42 U.S.C. secs. 1983 (civil action for deprivation of rights), 1985(3) (conspiracy to interfere with civil rights), 1988 (proceedings in vindication of civil rights); 18 U.S.C. 1341; 18 U.S.C. 1511.

2. Jurisdiction of this court for pendent claims is authorized by *F.R.Civ.P. 18(a)*, and arises under the doctrine of pendent jurisdiction as set forth in **United Mine Workers v. Gibbs**, 383 U.S. 715 (1966).

## PARTIES

3. The Plaintiff is Clevon Turner, Jr. ["Clevon"], of Worcester, Worcester County, Massachusetts. The Defendants are: Anthony Hunter Melia Esq., Andrew M. Whiteson, Superior Court Supervisor Sonya, Superior Court Clerk Casey, Courtney Price, Sharon Donatelle, Officer John Mahoney, Officer Bradley Defries, Trooper John D. Keller [ID No. 3978], Trooper Antwan Haywood [ID No. 3967], Trooper Keith Pruett [ID No. 2916], and Sargent Robert Parr [ID No. 3491], of Massachusetts.

## FACTS

4. On the night of the fraudulent arrest, June 10 2018. Clevon was driving on his way home and noticed a police cruiser following him for a couple miles, and didn't know why.. He pulled over to see what was wrong as I started to feel harassed and racially profiled due to being a free American. Clevon attempted to ask the police officers if there was a crime committed or if he was suspected of a crime. He didn't have any clear reason besides as he allegedly stated a licence plate light was out as the office stated in his police report which wasn't true. Clevon asked to be released, and as he travelled away,

another officer then pulled Clevon right back over for pulling away too quickly and continued to harass Clevon. They unlawfully pulled Clevon over for no probable reason which the officer provided false and misleading statements of an Infinity engine making noises being the cause for the false detainment. Clevon wouldn't allow it as they wanted to falsely put Clevon under arrest, and so they tasered Clevon 3 consecutive times, and Clevon scraped his face into the pavement and had to go to the hospital due to the injuries. Clevon had his bail revoked and spent 3 months in prison due to all these false allegations.

5. Clevon suffered enormous stress due to all these events, ever since he went to jail he came out suffering and stressing about his business his family and his health started to Deteriorate. The Judge when he was released didn't say anything about the wrongful reckless driving offense to the DMV, and this reckless driving was falsely reported upon him and it caused him points on his license and for his insurance to deny him and increase costs to $10,000 or more to pay annually, and they revoked his drivers license. Clevon was forced to appeal the RMVs decision in the board of appeals, which he won due to it being his main source of income they granted it but, but he went 2 months or so without a license The unlawful probation levied against him was $380 monthly (district court) and anger management and periodic check ins with his probation officer attempted to violate him in the first couple of interactions due to Clevon not paying fee and being unable to submit a mental health evaluation) when they already had it in their system (court record). Clevon must call the Superior Court weekly on Fridays to tell them his income and verify his address via voicemail just to stay out of jail. This was becoming harmful to Clevon as he is always working and is extremely productive in his daily life with his business.

6. Due to the Justice System mislabelling him at an early age by reporting him to be a "felon" his options for employment have been limited, and his business allowed him to continue to earn income which the unlawful actions taken by the defendants directly impeded. A living, breathing man has the right to ask why they are being unlawfully detained. This was false imprisonment while undress and racial profiling, and the identity of these criminals who have unlawfully violated Clevon's liberties and freedom must be made public. Ignorance of the law is no excuse nor a defense.

7. These unlawful actions by these trespassers of law were clearly harassment and abuse of power, and were beyond out of their scope of authority. They had no probable cause and a traffic violation is not criminal. State Police Power extends only to immediate threats to public 59 welfare, etc., Michigan v. Duke. Pretextual traffic stops are a violation of the 4th Amendment Eldridge. 984 F2d 943 (1993). Non-emergency use of sirens and lights is a felony. Traffic infractions are not a crime." People v. Battle, 50 cal. App. 3, step 1, 123 Cal. Rptr. 636,639. Speeding & running a red light are NOT a breach of the peace." Perkins v. Texas, 812 S.W. 20 326, 329

8. Due to the unlawful actions described above, Clevon is seeking remedy for the harassment, kidnapping, involuntary servitude, and assault and battery with dangerous weapons which he experienced during his false imprisonment. False imprisonment is defined as an act which, directly or indirectly, is a legal cause of confinement of another within boundaries fixed by the actor for any time, no matter how short in duration. makes the actor liable to the other. (Sergeant v. Watson Bros. Transp. Co., 244 Iowa 185, 52 N.W.2d 86, 92 ( 1952).) All the authorities agree that an arrest may be made either with or without any physical force or actual touching by the officer. (McAleer v. Good, 216 Pat 473, 65 All. 934, 935 (1907)

9. It must not be forgotten there can be no arrest without due process of law. An arrest without warrant has never been lawful, except in those cases where the public security requires it; and this has only been recognized in felony , and in breaches of the peace committed in the presence of the officer. Ex pare Rhodes. 202 Ala. 68, 79 So.462,465; citing, Sarah Way's Case, 41 Mich. 304, I N.W. 1023 (1879), et al. Also cited and affirmed in Pinkerton v. Verberg. 78 Mich. 573, 44 N.W. 579, 583 (1889); State v. Williams. 45 Ore. 314, 77 Pac. 965, 969, (1904); Adair v. Williams. 24 Ariz. 422, 210 Pac. 853, 856 (1922) .

10. Clevon told them they had no right to touch or assault him, or even communicate without consent. This was an unusual and disturbing abuse of power, and the officer was out of scope and authority and not doing his job correctly.

11. Clevon didn't violate any laws, and this harassment was due to racial bias and profiling. Clevon was being harassed because of his ethnicity. These officers caused emotional discomfort and

aggravation, and that they had no right to harass him or demand unlawfully for information stated again was it because of his national origin.

12. Clevon was accused of misconduct despite the clear violations of his freedoms. Clevon had not committed any crimes nor was suspected of anything, and these individuals took it upon themselves to act upon an unlawful stop without probable cause.

### COUNT 1: VIOLATION OF 42 U.S.C. SEC. 1983 (DUE PROCESS AND EQUAL PROTECTION CLAUSES)

13. Plaintiff repeats and realleges and incorporates by reference the allegations in paragraphs 1 through 13 above with the same force and effect as if herein set forth.

14. At all relevant times herein, Plaintiff had a right under the due process and equal protection clauses of the state and federal constitutions not to be deprived of his constitutionally protected interest in his property. U.*S.C. Const. Amend. 14; M.G.L. Const. Pt. 1, Art. 10.*

15. At all times relevant herein, the defendants were state actors and their conduct was subject to 42 U.S.C. secs. 1983, 1985, and 1988. *"Private persons, jointly engaged with state officials in the challenged action, are acting `under color' of law for purposes of Section 1983 actions."* **Dennis v. Sparks**. 449 U.S. 24, 27-28 (1980).

16. The defendants made fraudulent and misleading statements that Clevon would be harmed if they requested their extorted funds back based on the court of records. Sharon Donatelle reviewed the lawful documents submitted by Clevon Turner Jr. and made a legal decision from the bench and sent it to him in violation of due process.

### COUNT 2: VIOLATION OF 42 U.S.C. sec. 1985(3) (conspiracy)

*To state a claim under Section(s) 1985(3) a plaintiff must allege the existence of (1) a conspiracy, (2) a conspiratorial purpose to deprive a person or class of persons, directly or in-directly, of the equal protection of the laws or of equal privileges and immunities under the laws, (3) an overt act in furtherance of the conspiracy, and (4) either (a) an injury to person or property, or (b) a deprivation of a constitutionally protected right or privilege. See* **Griffin v. Breckenridge**, *403 U.S. 88, 102 (1971). See note 47, infra, re a class-based animus.*

17. **Plaintiff repeats and realleges and incorporates by reference the allegations in paragraphs 1 through 16 above with the same force and effect as if herein set forth.**

18. The defendants intentionally interfered with Clevon's exercise and enjoyment of his clear and established rights secured by the state and federal constitutions or laws of the United States of America and/or the Massachusetts State, and thereby deprived him of those rights and liberties, and caused him injuries.

19. As a result of the concerted unlawful and malicious conspiracy of all the defendants, Clevon, as one of the people involved in a case being heard in Worcester County Court, was deprived of his rights to both due process and the equal protection of the laws, and the due course of justice was impeded, in violation of the Fifth 5th, 6th, 7th, 8th, 9th, 11th, and 13th amendments of the states, and 42 U.S.C. secs. 1983 and 1985.

20. Clevon was assaulted and exposed to harsh conditions, and was caused to incur considerable debt for legal services, and has been suffering from anxiety, feelings of hopelessness, loss of trust, loss of confidence in and feelings of betrayal by the justice system, shock, and emotional scarring, all compensable as emotional distress, and other damages. He has suffered from medical issues which the assigned lawyer is aware of, and was faced with cruel and usual punishment and malicious prosecution without a verified complaint nor injury party

### COUNT 3: FRAUD BY OMISSION OR NONDISCLOSURE

21.    Clevon repeats and realleges and incorporates by reference the allegations in paragraphs 1 through 20 above with the same force and effect as if herein set forth.

### COUNT 4: COMMON LAW CONSPIRACY

22.    Clevon repeats and realleges and incorporates by reference the allegations in paragraphs 1 through 21 above with the same force and effect as if herein set forth.

23.    All the Defendants (a) had an object to be accomplished; (b) had an agreement on the object or course of action, to wit, to deprive Clevon of his right to the equal protection of the laws, specifically, the right to conduct discovery in the same manner as his wife was allowed; (c) performed one or more unlawful overt acts; and (d) caused Clevon damages that were a direct result of those acts.

24.    In furtherance of their object, defendants did two or more overt acts against the plaintiffs. Those unlawful overt acts include, but are not limited to, the facts outlined in Count 2, *supra*, conspiracy under section 1985(3).

25.    All twelve defendants are liable for their acts.

26.    Clevon suffered harm and damages, as stated, as a direct result of those acts including loss of compensation, financial loss, punishment, emotional pain and stress.

### COUNT 5: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

27.    Clevon repeats and realleges and incorporates by reference the allegations in paragraphs 1 through 109 above with the same force and effect as if herein set forth.

28.    Clevon suffered not only physical symptomatologies but also, as a consequence of the physical injury, mentally by the officer's breach of duty.

29. Clevon was, is, and, with a high degree of likelihood, will continue to be inflicted with emotional distress due to the negligence of the officer.

30.    As a result of the officer's negligent conduct, Clevon has suffered and will continue to suffer physical symptomatologies, such as severe, continuous headaches and pains in his extremities, weight gain, pain, anguish, severe emotional trauma, embarrassment, and humiliation, plus the ongoing stress during a state of emergency while being extorted and threatened with violence and involuntary servitude.

   **WHEREFORE**, Plaintiff demands judgment, including interest, against the officer in an amount deemed by this Court to be just and fair and in any other way in which the Court deems appropriate.

### COUNT 6: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

31.    Plaintiff repeats and realleges and incorporates by reference the allegations in paragraphs 1 through 30 above with the same force and effect as if herein set forth.

32.    The Defendants intentionally and deliberately inflicted emotional distress on Clevon by interfering with his unalienable rights and freedoms. and conspiring against him, thereby destroying his trust in the judicial system.

33.    Defendants' conduct was extreme and outrageous, beyond all possible bounds of decency and utterly intolerable in a civilized community.

34.    The actions of the Defendants were the cause of Clevon's distress.

35.    Clevon is a reasonable man.

36. The emotional distress sustained by Clevon was severe and of a nature that no reasonable man could be expected to endure.

*Agis v. Howard Johnson Co.*, 371 Mass. 140, 145 (1976).

37. As a result of the Defendants' extreme and outrageous conduct, Clevon has suffered and with a high degree of likelihood, will continue to suffer mental pain and anguish, embarrassment, humiliation that he was so betrayed by the judicial system, and severe emotional trauma.

**COUNT 7: VIOLATIONS OF TITLE 18 USC INCLUDING 18 U.S. CODE § 241 - CONSPIRACY AGAINST RIGHTS, 18 U.S. CODE § 242 - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, 18 U.S. CODE § 113 - ASSAULTS WITHIN MARITIME..,18 U.S. CODE § 521 - CRIMINAL STREET GANGS, 18 U.S. CODE § 1961 - DEFINITIONS, 18 U.S. CODE § 1962.PROHIBITED ACTIVITIES, 18 U.S. CODE § 872 - EXTORTION BY OFFICERS, 18 U.S. CODE § 873 - BLACKMAIL, 18 U.S. CODE § 913 - IMPERSONATOR MAKING ARREST, 18 U.S. CODE § 249 - HATE CRIME ACTS, 18 U.S. CODE §1028A - AGGRAVATED IDENTITY THEFT, 18 U.S. CODE § 2236. SEARCHES WITHOUT WARRANT, 18 U.S. CODE § 2235. SEARCH WARRANT PROCURED MALICIOUSLY, 18 U.S. CODE § 1201. KIDNAPPING, 18 U.S.C. § 113 - U.S. CODE - UNANNOTATED TITLE 18. CRIMES AND CRIMINAL PROCEDURE §113. ASSAULTS WITHIN MARITIME AND TERRITORIAL JURISDICTION. 18 U.S. CODE § 2331 - DEFINITIONS, AND 18 U.S. CODE § 2441.WAR CRIMES.**

38. Plaintiff repeats and realleges and incorporates by reference the allegations in paragraphs 1 through 37 above with the same force and effect as if herein set forth.

39.Whenever the Attorney General has reasonable cause to believe that a violation has occurred, the Attorney General, for or in the name of the United States, may in a civil action obtain appropriate equitable and declaratory relief to eliminate the pattern or practice Types of misconduct covered include, among other things: Excessive Force, Discriminatory, Harassment, False Arrest, Unlawful Stops, Searches, Larceny, Extortion, Invasion of Privacy or Arrests. Wrongful Convictions can include but is not limited to Wrongful imprisonment, Wrongful or Malicious prosecution, False Arrest, Retaliatory prosecution, Fabrication of evidence, Suppression of exculpatory evidence, Suggestive Eyewitness Identification procedures, Coerced confessions and Ineffective Assistance of Counsel.

40. Title 18 USC 2441 regarding war crimes states that armed law enforcement is considered part of the armed forces with regard to international law. If you are a national of one of the several states of the Union the police have to abide by the same rules of engagement as the military regarding ARREST, SEIZURE & INTERROGATION it is an indictable offence to "omit, without reasonable excuse, to assist a public officer or peace officer in the execution of his duty in arresting a person or in preserving the peace, after having reasonable notice that he is required to do so.

41. The defendants malicious and unlawful actions are treasonous and demonstrate an unethical pattern of criminal behavior which is unacceptable, and they must be held liable based on the statements within this verified claim, and within the RESPONDENT'S SPECIAL APPEARANCE MOTION TO QUASH UNLAWFUL SUMMONS and DECLARATION OF REVOCATION OF SIGNATURE FOR GOOD CAUSE submitted to 225 Main st Worcester MA on July 20th 2020 [Mailing No.RE977990116US] in reference to Docket No. 1785CR00395.

42. These actions include the levy of excessive bail, violation of amendment 8 and the right to a speedy trial. Clevon was denied any due process and was falsely imprisoned. He wasn't brought to a judge first the dates are self evident all officers are guilty of these offenses, and furthermore the unlawful taking of pictures and fingerprints are also a violation of due process.

42. The defendants actions constitute discrimination, ongoing criminal activities under color of law since 2017, and a violation of due process and international law. Clevon is entitled to consideration for the tremendous suffering and loss which he has experienced by these actions.

42. The defendants actions constitute discrimination, ongoing criminal activities under color of law since 2017, and a violation of due process and international law. Clevon is entitled to consideration for the tremendous suffering and loss which he has experienced by these actions.

43. In *Trezevant V. City of Tampa 241 F.2d 336 (11th Cir. 1984)*, the precedent for unlawful detainment was set at $1,086.00 per minute, $75,000.00 per hour, and $1,800,000.00 per day.

**WHEREFORE**, Plaintiff demands Judgment, including interest, against all defendants, jointly and severally, for actual, general, special, compensatory damages in the amount of $162,000,000.00, a grand jury trial, issuance of a warrant for the crimes specified within this claim, and such other relief deemed to be just, fair, and appropriate.

*Respectfully submitted,*

_____
Clevon Turner Jr.
Autograph of Authorized Representative
All Rights Reserved Without Prejudice

On July ___ 2020, a man who identified himself as Clevon Turner Jr. appeared before me, and attested to the truth of this affidavit with his autograph. In Witness Whereof,

_____ [SEAL]
Witness Autograph

_____ [SEAL]
Witness Autograph

## IN THE COURT OF COMMON PLEAS OF WORCESTER COUNTY, MASSACHUSETTS

| | |
|---|---|
| Clevon Turner Jr and Lorna Andino, Plaintiffs ) | CIVIL DIVISION |
| ) | |
| Anthony Hunter Melia Esq., Andrew M. Whiteson, ) | |
| Superior Court Supervisor Sonya Doe, Superior Court Clerk ) | CASE NO. _____ |
| Casey Doe, Courtney Price, Sharon Donatelle, ) | |
| John Mahoney, Bradley Defries, John D. ) | NOTICE OF CLAIM WITH INJUNCTION |
| Keller, Antwan Haywood, Keith Pruett, ) | |
| and Robert Parr, Defendants ) | |

### WRIT OF SUMMONS IN A CIVIL ACTION

Method of Service: **SERVICE FORM (FORM USM-285)**

**IN ACCORDANCE WITH FRCP RULE 9. ARREST WARRANT OR SUMMONS ON AN INDICTMENT OR INFORMATION NAMED PLAINTIFF HAS COMMENCED AN ACTION AGAINST YOU.**

_____
Clevon Turner Jr.
Autograph of Authorized Representative
All Rights Reserved Without Prejudice